Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BON LONG, | ) |
| | ) |
| Plaintiff, | ) NO. 2:17-cv-00332-RSM |
| | ) |
| vs. | ) STIPULATION AND |
| | ) ORDER OF DISMISSAL WITH |
| ACCELERATED COLLECTION SERVICES, INC., | ) PREJUDICE |
| | ) |
| Defendant. | ) |

**STIPULATION**

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims and counterclaims herein by any party may be dismissed with prejudice and without an award of fees or costs to any party.

DATED this 26th day of September, 2017.

| Hasson Law, LLC | Anderson Santiago PLLC |
|---|---|
| Attorneys for Defendant | Attorneys for Plaintiff |
| | |
| By /s/ Jeffrey I. Hasson | By /s/ T. Tyler Santiago |
| Jeffrey I. Hasson, WSBA #23741 | T. Tyler Santiago, WSBA #46004 |

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:17-CV-00332-RSM) — 1

**ORDER**

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims and counterclaims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 26 day of September 2017.

_(signature)_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Jointly presented by:

Anderson Santiago PLLC
Attorneys for Plaintiff

By /s/ T. Tyler Santiago
Jason D. Anderson, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

Hasson Law, LLC
Attorneys for Defendant

By s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA #23741
12707 NE Halsey St.
Portland, OR 97230